In re Ace American Ins. Co.; Defendants); Allied World Assurance Co. Ltd.; *1149 Defendant(s); American International Specialty Lines Ins. Co.; Defendant(s); Axis Reinsurance Co.; Defendant(s); Axis Specialty Ins. Co.; Defendant(s); Certain Underwriters at Lloyd’s; Defendant(s); Continental Casualty Ins. Co.; Defendants); Employers Insurance Co. of Wau-sau; Defendant(s); Federal Insurance Co.; Defendant(s); Great Lakes U.K.; Defendants); Illinois Union Ins. Co.; Defendants); International Insurance Co. of Hannover Ltd.; Defendant(s); Lexington Insurance Co.; Defendant(s); Pacific Insurance Co.; Defendants); SR International Business Ins. Co. Ltd.; Defendants); XL Insurance Co.; — Defendant(s); Applying For Supervisory and/or Remedial Writs, Parish of Orleans, Civil District Court Div. H, No. 2007-9359; to the Court of Appeal, Fourth Circuit, No. 2008-C-1061.
Denied.